1

2

3

4

5

6                   UNITED STATES DISTRICT COURT

7              WESTERN DISTRICT OF WASHINGTON

                       AT SEATTLE

8

9 IKRAM ABDURAHMAN and SABRINA RAHAS,             NO. 2:20-cv-00555-RSL

10                           **STIPULATED MOTION AND ORDER**

           Plaintiffs,                **OF DISMISSAL WITH PREJUDICE**

11

12     v.

13 UNITRIN AUTO AND HOME INSURANCE

COMPANY (dba KEMPER), a foreign

14 corporation, KEMPER CORPORATION, a

foreign corporation, JAMES SLAUGHTER and

15 JANE DOE SLAUGHTER, individually and

their marital community,

16

17            Defendants.

18

19       Plaintiff Ikram Abdurahman, Plaintiff Sabrina Rahas, and Defendant Unitrin Auto and

20 Home Insurance Company, by and through their respective undersigned counsel of record, and

21 pursuant to FRCP 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice,

22 in its entirety,[1] and with the parties to each bear their own respective attorneys' fees, costs, and

23 expenses, this matter having been fully and finally settled.

24 / / /

25 / / /

26 / / /

27

---

[1] Plaintiffs previously voluntarily dismissed Defendants Kemper Corporation, James Slaughter, and Jane Doe Slaughter, such that the stipulating parties are the only remaining litigants herein. *See* Dkt. 7; Dkt. 10.

**STIPULATED MOTION AND ORDER OF DISMISSAL**
**WITH PREJUDICE - 1**
**CASE NO. 2:20-CV-00555-RSL**

RESPECTFULLY SUBMITTED this 17th day of June, 2020.

**Law Office of Yohannes K. Sium PLLC**          **CLYDE & CO US LLP**

By  s/ Yohannes Sium                                     By  s/ Robert Meyers
    Yohannes K. Sium, WSBA # 42420          Robert A. Meyers, WSBA No. 24846
    Attorney for the Plaintiffs                     Attorneys for Defendant Unitrin Auto and Home
                                                                Insurance Company

## ORDER

Based on the parties' stipulation above, IT IS ORDERED and ADJUDGED that this action is dismissed with prejudice in its entirety, and with the parties to each bear their own respective attorney's fees, costs, and expenses.

Dated this 18th day of June, 2020.

_MſſſS Casnik_
THE HONORABLE ROBERT S. LASNIK
SENIOR U.S. DISTRICT COURT JUDGE

**STIPULATED MOTION AND ORDER OF DISMISSAL**
**WITH PREJUDICE - 2**
**CASE NO. 2:20-CV-00555-RSL**